

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
_____

RICARDO MARTINEZ
_____
Petitioner

v.

WARDEN ROKOSKY
_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

)
)
)
)
)
)
)
)
)
)
)

Case No. 1:23-cv-00414
_____
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: RICARDO MARTINEZ
    (b) Other names you have used: _____
2.  Place of confinement:
    (a) Name of institution: FCI MCDOWELL
    (b) Address: P.O. BOX 1009
        WELCH, WV 24801
    (c) Your identification number: 14343-030
3.  Are you currently being held on orders by:
    ☑ Federal authorities     ☐ State authorities     ☐ Other - explain:
4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: SOUTHERN DISTRICT OF IOWA
    (b) Docket number of criminal case: 3:13-CR-00056-003
    (c) Date of sentencing: 12-22-2014
    ☐ Being held on an immigration charge
    ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☑ Other (explain): FSA TIME CREDITS

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: FCI MCDOWELL P.O. BOX 1009 WELCH, WV 24801
   (b) Docket number, case number, or opinion number: N/A
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): THE DENIAL OF FSA TIME CREDITS AND ELIGIBILITY TO EARN CREDITS UNDER 18 U.S.C.S. 3632(d)(4)(c).

   (d) Date of the decision or action: DECEMEBER 21, 2021 (ONGOING)

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes   ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: B.O.P MCDOWELL
       (2) Date of filing: 4-30-2023
       (3) Docket number, case number, or opinion number: N/A
       (4) Result: N/A
       (5) Date of result: N/A
       (6) Issues raised: SAME AS ABOVE (FSA DENIAL)

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal:  NO ACCESS TO FORMS

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes   ☑ No

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: N/A
  (2) Date of filing: N/A
  (3) Docket number, case number, or opinion number: N/A
  (4) Result: N/A
  (5) Date of result: N/A
  (6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a third appeal:  [illegible]  NO FORMS TO PROCEED

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes   ☑ No

If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
  ☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☑ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      If "Yes," provide:
      (1) Date of filing:
      (2) Case number:
      (3) Result:
      (4) Date of result:
      (5) Issues raised:

  (d)  Did you appeal the decision to the United States Court of Appeals?
      ☐ Yes     ☑ No
      If "Yes," provide:
      (1) Name of court:
      (2) Date of filing:
      (3) Case number:
      (4) Result:
      (5) Date of result:
      (6) Issues raised:

12.  **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes     ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** THE BOP IS VIOLATING MY RIGHTS UNDER THE FSA, BY FAILING TO APPLY ANY FSA EARNED TIME CREDITS TO MY SENTENCE, DUE TO 924(C) CHARGE. EVEN AFTER THE SUPREME COURT HAS RULED THAT IT IS NOT, A CRIME OF VIOLENCE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
AFTER CAREFULLY RESEARCHING BOP POLICY A LITERAL READING OF THE FSA PERMITTED PEOPLE WITH 924c TO EARN FSA CREDITS AND REQUIRED THE BOP TO APPLY ALL OF THOSE CREDITS THE USSC EFFECTIVELY PUT THIS ISSUE TO REST IN MARCH, 2023.
SEE: MEMORANDUM ATTACHED

(b) Did you present Ground One in all appeals that were <u>available</u> to you?
☑ Yes ☐ No

**GROUND TWO:** THE BOP IS VIOLATING MY RIGHTS UNDER THE FSA, BY MANIPULATING THE RECIDIVISM RISK ASSESSMENT (PATTERN) SCORE. MAINTAINING A MEDIUM RISK LEVEL INMATE INSTEAD OF MIN/LOW RISK.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
THE PATTERN SCORE WHICH HAVE ACTUALLY INCREASED, RATHER THAN DECREASE. EVEN THOUGH I'VE COMPLETED PROGRAMS, AND MAINTAINED A GOOD PRISON WORK AND DISCIPLINE RECORD.

SEE: MEMORANDUM ATTACHED

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes ☐ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: I SEEK TO HAVE FEDERAL ("FTC") TIME CREDITS UPDATED TO ELIGIBLE AND SUBSEQUENTLY APPLY THE FTC TO SENTENCE. ALSO CORRECT RISK ASSESSEMENT TO REFLECT LOW RISK RECIDIVISM

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

MAY 12, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: MAY 12, 2023

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_